UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHAPURA SHIPPING UAE FZE,

      Plaintiff,      08 Civ. 5073 (LTS)

 - against -          ECF CASE

JS OCEAN LINERS PTE LTD. a/k/a
JS OCEAN LINERS PTE LTD., SINGAPORE, a/k/a
J S OCEAN LINER PTE LTD.,
KODENET SHIPPING PTE. LTD., and
JS OCEAN LINERS LLC a/k/a JS OCEAN
LINERS (L.L.C.),

      Defendants.
------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on June 3, 2008 pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
    July 16, 2008

                SO ORDERED

                _____
                Hon. Laura T. Swain
                United States District Judge