JUDGE SWAIN

08 CV 5073

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASHAPURA SHIPPING UAE FZE,                        :
                                                  :
                        Plaintiff,                :     08 Civ. _____
                                                  :
        - against -                               :     ECF CASE
                                                  :
JS OCEAN LINERS PTE LTD. a/k/a                    :
JS OCEAN LINERS PTE LTD., SINGAPORE               :
                                                  :
                        Defendant.                :
------------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated:  June 3, 2008
        Southport, CT

                                        The Plaintiff,
                                        ASHAPURA SHIPPING UAE FZE,


                                By: _____
                                        Patrick F. Lennon
                                        Anne C. LeVasseur
                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        (212) 490-6050
                                        facsimile (212) 490-6070
                                        pfl@lenmur.com
                                        acl@lenmur.com