UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHAPURA SHIPPING UAE FZE,

      Plaintiff,        08 Civ. 5073 (LTS)

 - against -             ECF CASE

JS OCEAN LINERS PTE LTD. a/k/a
JS OCEAN LINERS PTE LTD., SINGAPORE, a/k/a
J S OCEAN LINER PTE LTD.,
KODENET SHIPPING PTE. LTD., and
JS OCEAN LINERS LLC a/k/a JS OCEAN
LINERS (L.L.C.),

      Defendants.
------------------------------------------------------------X

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Supplemental Affidavit of Nancy R. Peterson, sworn to on June 30, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson, Anne C. LeVasseur, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
   June___, 2008

                   _____
                      U.S.D.J.